**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TONY L. WEBB**                                                                                  **PLAINTIFF**

**v.**                                                     **NO. 1:11CV82-A-S**

**BRAND HUFFMAN, ET AL.**                                             **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 25, 2011, and the September 16, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 25, 2011, is hereby approved and adopted as the opinion of the court.

2. That all the plaintiff's claims defendant Brand Huffman are **DISMISSED** with prejudice.

3. That the plaintiff's claims against defendants Blake East and Lt. T. Harrison will **PROCEED**.

THIS, the 28th day of December, 2011.

                                                                       /s/ Sharion Aycock
                                                                       **U.S. DISTRICT JUDGE**